_____

GERALD R. BARANIAK,

        Plaintiff,

        v.                      Case No. 07-CV-693

MICHAEL J. ASTRUE, Commissioner for
Social Security Administration,

        Defendant.

_____

# ORDER

On February 5, 2008, the parties filed a joint motion to reverse and remand this case to the Commissioner of Social Security for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The court, being duly advised, will grant the motion.

Accordingly,

**IT IS ORDERED** that the parties' joint motion to remand (Docket #17) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner denying the plaintiff's claim for disability insurance benefits be and the same is hereby **REVERSED**; and this action be and the same is hereby **REMANDED** to the Commissioner for further administrative proceedings as set forth in the joint motion for remand.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of February, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge